THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Docket No. 1:21-cv-00833

LUCAS VAN METER,
    Plaintiff,

v.

TRUSTEES OF DARTMOUTH COLLEGE,
    Defendants.

COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff Lucas Van Meter, for his claims against the Defendant, Trustees of Dartmouth College, states as follows:

Parties and Jurisdiction

1. Plaintiff is an individual, residing at 551 Woodland Lane, Wayne, Pennsylvania, 19087.

2. Defendant is a corporation created by Royal Charter and existing under the laws of the State of New Hampshire, with a principal place of business at 63 South Main Street, Suite 301, Hanover, New Hampshire, 03755.

3. Federal diversity jurisdiction exists pursuant to 28 U.S.C. § 1332, based on the diversity of citizenship of the parties and the amount of damages alleged herein.

4. Venue in the District of New Hampshire is proper pursuant to 28 U.S.C. § 1391, because Defendant is located in this District, and the events on which the claim asserted herein is based occurred in this District.

<u>Factual Allegations</u>

5. Defendant owns and maintains residential rental property, including the roadways and parking areas in the property, located on Gould Road in West Lebanon, New Hampshire, which property is commonly known as "Sachem Village."

6. On October 22, 2018, while riding his bicycle on Defendant's property, Plaintiff encountered an obstruction in the road – a so-called "speed bump" – which was unsafe for expected users, including bicyclists, in that it was negligently designed, constructed and/or maintained by Defendant.

7. The unsafe condition on Defendant's property caused Plaintiff to lose control of his bicycle, causing a crash in and as a result of which Plaintiff suffered serious physical and emotion injuries.

<u>Count 1: Negligence</u>

8. The preceding paragraphs are incorporated by reference.

9. Defendant had a duty to properly design, construct and maintain the roadway within its property.

10. Defendant breached that duty by failing to properly design, construct and/or maintain said roadway.

11. Defendant's breach of its duty in designing and/or maintaining the roadways within its property proximately caused Plaintiff injuries for which Plaintiff is entitled to recover damages in an amount to be proven at trial, which damages exceed $75,000.00.

<u>JURY TRIAL DEMAND</u>

Plaintiff demands a trial by jury on all matters so triable as a matter of right.

WHEREFORE, Plaintiff respectfully requests the Court:

    A. Grant judgment for Plaintiff against Defendant;

    B. Award Plaintiff his damages in an amount to be determined at trial, plus pre-judgment and post-judgment interest;

    C. Award Plaintiff his costs in accordance with New Hampshire law; and

    D. Grant such other relief as is just and proper under the circumstances.

Dated in Hanover, New Hampshire this 15th day of October, 2021.

        Respectfully submitted,

        LUCAS VAN METER

        By:   /s/ Barney L. Brannen, Esq.
        Barney L. Brannen, N.H. Bar No. 9027
        C. Justin Sheng, N.H. Bar No. 268412
        BRANNEN & LOFTUS, PLLC
        One Maple Street
        Hanover, NH  03755
        (603) 277-2971
        bbrannen@brannen-loftus.com